**Order entered June 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01369-CR

**JOHN BRANDON BURKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-21294-L**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 29, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 19, 2015 order requiring findings.

We **GRANT** the May 29, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
          JUSTICE